HAROLD STOWE *v.* JOHN M. MCHUGH

The defendant's petition for certification for appeal from the Appellate Court, 46 Conn. App. 391 (AC 16366), is denied.

MCDONALD, J., did not participate in the consideration or decision of this petition.

*Robert J. Cooney* and *Suzannah K. Nigro*, in support of the petition.

*Trudie R. Hamilton, Donald W. O'Brien* and *S. Peter Sachner*, in opposition.

Decided October 9, 1997

STANLEY DORSEY *v.* UNITED TECHNOLOGIES CORPORATION/NORDEN SYSTEMS ET AL.

See *Dorsey* v. *United Technologies Corp.*, 243 Conn. 949.